UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY NICHOLS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>AARP, INC., et al.,<br><br>    Defendants. | Case No. 20-cv-06616-JSC<br><br>**JUDGMENT** |

On February 19, 2021, the Court granted Defendants' motion to dismiss or, in the alternative, for summary judgment.[1]  Pursuant to Federal Rule of Civil Procedure 58, the Court enters Judgment in favor of Defendant and against Plaintiffs.  The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: February 19, 2021

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

---

[1] At oral argument, Plaintiffs consented to the Court treating Defendants' motion, in part, as a motion for summary judgment. (Dkt. No. 53 at 6.)