# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: Northern District of California

U.S. District Court case number: 3:20-cv-06616-JSC

Date case was first filed in U.S. District Court: September 21, 2020

Date of judgment or order you are appealing: February 19, 2021

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

- ☉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Jeremy Nichols and Leon Wilde

Is this a cross-appeal?   ○ Yes   ☉ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ☉ No

If Yes, what is the prior appeal case number?

Your mailing address:

1990 North California Blvd., Suite 940

City: Walnut Creek   State: CA   Zip Code: 94596

Prisoner Inmate or A Number (if applicable):

**Signature** s/ L. Timothy Fisher   **Date** 3/1/21

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**                                                                 *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Jeremy Nichols and Leon Wilde

Name(s) of counsel (if any):
L. Timothy Fisher

Address: 1990 North California Blvd., Suite 940, Walnut Creek, CA 94596
Telephone number(s): (925) 300-4455
Email(s): ltfisher@bursor.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
AARP, Inc., AARP Services Inc., AARP Insurance Plan

Name(s) of counsel (if any):
Meryl Macklin, Alec Winfield Farr, Jeffrey S. Russell, Steven Alagna

Address: Three Embarcadero Center, 7th Floor, San Francisco, CA 94111
Telephone number(s): (412) 442-1000
Email(s): meryl.macklin@bclplaw.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:
UnitedHealth Group, Inc. and United Healthcare Insurance Company

Name(s) of counsel (if any):
Damali A. Taylor, Meaghan Vergow, Samantha Goldstein

Address: Two Embarcadero Center, 28th Floor

Telephone number(s): (415) 984-8700

Email(s): dtaylor@omm.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*