FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 23 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JEREMY NICHOLS; LEON WILDE, individually and on behalf of all others similarly situated,

        Plaintiffs-Appellants,

  v.

AARP, INC.; et al.,

        Defendants-Appellees.

No.   21-15364

D.C. No. 3:20-cv-06616-JSC
Northern District of California,
San Francisco

ORDER

Pursuant to the stipulation of the parties (Docket Entry No. 15), this appeal is voluntarily dismissed.  Fed. R. App. P. 42(b).  The parties shall bear their own costs on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Stephen M. Liacouras
Chief Circuit Mediator

sl/mediation